UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY R. TAYLOR,<br><br>   Plaintiff,<br><br>  v.<br><br>R. WATERS, et al.,<br><br>   Defendants. | Case No. 23-cv-00814-AMO (PR)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Re: Dkt. No. 17 |

The Court has received a copy of the "Stipulation For Voluntary Dismissal With Prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by both parties. The signed stipulation states:

> Plaintiff Taylor and all Defendants have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41 (a)(l)(A)(ii).
>
> Each party shall bear its own litigation costs and attorney's fees.
>
> It is so stipulated.

Dkt. 17 at 1.

Accordingly, having been notified of the settlement and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein against all named Defendants are DISMISSED WITH PREJUDICE.

The Clerk of the Court shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

Dated: November 20, 2023

                     _____
                     **A**RACELI **M**ARTÍNEZ-**O**LGUÍN
                     **United States District Judge**